UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN FINLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL GENERAL AUTO HOME AND HEALTH INSURANCE, et al.,<br><br>        Defendants. | Case No. 22-cv-03313-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 12 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation to Dismiss Complaint with Leave to Amend. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed with leave to amend to remedy the deficiencies noted in the report and recommendation. Plaintiff shall file any amended complaint within 28 days of the date of this order.

**IT IS SO ORDERED.**

Dated: October 5, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge